**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

Brittany Holley

Plaintiff,

v.

FHI (Freight Handlers Inc.),

ADUSA Distribution,

Defendants.

JUL 30 2026 PM1:37
FILED-USDC-CT-HARTFORD

Case No._____

**COMPLAINT**

## I.  INTRODUCTION

Plaintiff brings this action under Connecticut state law for sexual harassment, hostile work environment, and retaliation arising from her employment at FHI in Manchester, Connecticut. Plaintiff was subjected to unwanted sexual conduct, inappropriate touching, and request for a polyamorous relationship. After reporting harassment multiple times, Plaintiff was terminated in retaliation.

## II.  JURISDICTION AND VENUE

This court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C § 1367 because the claims arise out of the same facts, events, and parties. Plaintiff brings claims under Connecticut law for sexual harassment, hostile work environment, and retaliation.

Venue is proper under 28 U.S.C § 1391(b) because all events occurred in Manchester, Connecticut, within the District of Connecticut.

## III. PARTIES

### Plaintiff

1.  Plaintiff Brittany Holley is a resident of Hartford County, Connecticut.
2.  Plaintiff was employed by FHI (Freight Handlers Inc.) at ADUSA distribution center in Manchester, Connecticut.

**Defendants**

3. FHI (Freight Handlers Inc.) was Plaintiff's employer at the time of the events described.

4. ADUSA Distribution operates at the same Manchester worksite and employed individuals involved in the harassment.

IV. **STATEMENTS OF FACTS**

5. Week of November 14, 2023, Plaintiff made her first complaint of sexual harassment to manager Robin. Plaintiff reported that Micheal, the husband of manager Yolanda, was making her feel uncomfortable through inappropriate conduct connected to Yalonda ongoing harassment.

6. During the week of November 21, 2023, Plaintiff was subjected to repeated sexual harassment by a manager Yolanda and her husband Micheal, and Yolanda's boyfriend manger Vance who else worked at FHI/ADUSA Manchester site.

7. These individuals pressured Plaintiff to join a poly relationship, made inappropriate sexual comments, and engaged in unwelcome sexual conduct.

8. At the time Plaintiff did not know that manager Vance Henderson was romantically involved with Yalonda.

9. On December 6, 2023, unaware of this relationship, Plaintiff reported to Vance Henderson via text message that Yalonda was asking her for hugs and touching her without her consent. This was Plaintiffs second protected report of sexual harassment, made in good faith and without knowledge that she was reporting misconduct to someone personally connected to the harasser.

10. After Plaintiff's December 6, report, manager Vance Henderson was terminated from his position due to his involvement in the situation.

11. Plaintiff later learned that Vance was reinstated to his position. After his return, the hostile environment and retaliation increased hostility, and lack of protection from ongoing harassment.

12. On January 2, 2024, Plaintiff reported to Human Resources that she was still being sexually harassed by Yolanda's husband, despite her termination. (See Exhibit A)

13. On January 4, 2024, Yolanda returned to the job site as an employee of ADUSA.

14. On her first day back, she continued to harass Plaintiff.

15. Plaintiff immediately reported this renewed harassment.

16. Later that same day, Plaintiff was terminated.

17. Plaintiff termination occurred after reporting harassment to HR and the same day she reported harassment again.

18. The timing and circumstances demonstrate clear retaliation for Plaintiff's protected activity.

19. The FHI Manchester location later closed, but the closure does not eliminate liability for harassment or retaliation.

## V.  CAUSE OF ACTION

### Count 1- sexual Harassment (CFEPA)

20. Plaintiff incorporates all prior paragraphs.
21. Defendants subjected Plaintiff to unwelcome sexual conduct, request for sexual involvement, and inappropriate touching.
22. This conduct violates the Connecticut Fair Employment Practices Act (CFEPA), Conn. Gen. Stat. § 46a-60

### Count II- Hostile Work Environment (CFEPA)

23. Plaintiff incorporates all prior paragraphs.
24. The repeated sexual comments, touching, and intimidation created a hostile work environment.

### Count III Retaliation (CFEPA)

25. Plaintiff incorporates all prior paragraphs.
26. Plaintiff engaged in protected activity by reporting sexual harassment on November 14,2023; December 6, 2023; January 2, 2024; and January 4, 2024.
27. Plaintiff was terminated immediately after reporting harassment again.
28. Defendants retaliated against Plaintiff in violations of Conn. Gen. Stat. § 46a-60.

## VI. DAMAGES

Plaintiff seeks:

- Back pay
- Emotional distress damages
- Punitive damages
- Any other relief the Court deems just and proper

## VII.      PRAYER FOR RELIEF

Plaintiff respectfully requests judgement against Defendants for all damages available under Connecticut law, including compensatory and punitive damages, and any other relief the Court finds appropriate.

## VIII.      JURY DEMAND

Plaintiff demands trial by jury on all issues.

Respectfully,

Brittany Holley

433 Woodland Street Po Box 320051

Hartford, CT 06112

860-327-2351

holleyb847@gmail.com